**Order entered April 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00391-CV

**GOLDFARB PLLC, Appellant**

**V.**

**ALAN P. MCDONALD, Appellee**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-03747**

## ORDER

Before the Court is appellant's April 23, 2019 unopposed motion for extension of time to file its jurisdictional letter brief. We **GRANT** the motion and **ORDER** the letter brief be filed no later than May 3, 2019. Appellee may file any response within ten days of the filing of appellant's letter brief.

/s/     BILL WHITEHILL
JUSTICE